IN THE SUPREME COURT OF NORTH CAROLINA

No. 173PA23

Filed 17 October 2025

SOUTHLAND NATIONAL INSURANCE CORPORATION in Rehabilitation, BANKERS LIFE INSURANCE COMPANY in Rehabilitation, COLORADO BANKERS LIFE INSURANCE COMPANY in Rehabilitation, and SOUTHLAND NATIONAL REINSURANCE CORPORATION in Rehabilitation

v.

GREG E. LINDBERG, GLOBAL GROWTH HOLDINGS, INC. f/k/a ACADEMY ASSOCIATION, INC., EDWARDS MILL ASSET MANAGEMENT, LLC, NEW ENGLAND CAPITAL, LLC, and PRIVATE BANKERS LIFE AND ANNUITY CO., LTD.

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 289 N.C. App. 378 (2023), affirming in part, and vacating and remanding in part a judgment and order entered on 18 May 2022, as amended by a judgment and order entered on 26 May 2022, by Judge A. Graham Shirley II in Superior Court, Wake County. Heard in the Supreme Court on 24 October 2024.

*Williams Mullen, by Wes J. Camden, Caitlin M. Poe, and Lauren E. Fussell, for plaintiff-appellees/cross-appellants.*

*Fox Rothschild LLP, by Matthew Nis Leerberg and Nathan Wilson; and Condon Tobin Sladek Thornton Nerenberg, PLLC, by Aaron Z. Tobin, for defendant-appellants/cross-appellees Greg E. Lindberg, Global Growth Holdings, Inc., and New England Capital, LLC.*

*Jeff Jackson, Attorney General, by James W. Doggett, Deputy Solicitor General, and Daniel S. Johnson and M. Denise Stanford, Special Deputy Attorneys General, for Commissioner of Insurance, amicus curiae.*

*Opinion of the Court*

PER CURIAM.

Having carefully considered the opinion of the Court of Appeals, the record and briefs, and the oral arguments before us, we conclude that defendants' petition for discretionary review was improvidently allowed by order on 13 December 2023.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.